```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES,                                                     :
                                                                   :
                          Plaintiff,                               :
                                                                   :         18-cv-11188 (LJL)
             -v-                                                   :
                                                                   :         ORDER
JUEDRA SUPERETTE and EDWARD HOLGUIN,                               :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2020

LEWIS J. LIMAN, United States District Judge:

    It is ORDERED that Plaintiff shall inform the Court within one week of this Order whether it still intends to file a motion for default judgment, and if so, by what date it will file the motion.

    SO ORDERED.

Dated: July 22, 2020
       New York, New York

                                        LEWIS J. LIMAN
                                 United States District Judge