```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES,                                                       :
                                                                     :
                              Plaintiff,                             :
                                                                     :            18-cv-11188 (LJL)
              -v-                                                    :
                                                                     :            ORDER
JUEDRA SUPPERETTE, INC., and EDWARD                                  :
HOLGUIN                                                              :
                                                                     :
                              Defendant.                             :
                                                                     X
--------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      There is a pending motion or default judgment at Dkt. No. 24.  ORDERED that the Court will hold a hearing to address the motion on August 25, 2021 at 12:00 p.m.  By August 20, 2021 Plaintiff shall serve notice of the hearing on Defendants and shall serve and file and on the public docket a letter and proposed order indicating the current amount of damages it alleges are owed.

      SO ORDERED.

Dated: August 13, 2021
      New York, New York
                                                 LEWIS J. LIMAN
                                                 United States District Judge