**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 17, 2021

<u>Via ECF</u>

Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 701
New York, New York  10007

> The request for an adjournment is GRANTED. The hearing is rescheduled for September 1, 2021 at 9:30 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
> SO ORDERED.
> 08/17/2021
> LEWIS J. LIMAN
> United States District Judge

Re:  *United States of America v. Juedra Superette, Inc., et al.*, 18 Civ. 11188 (LJL)

Dear Judge Liman:

This Office represents plaintiff the United States of America (the "United States") in the above-referenced matter. I write respectfully to request an adjournment of the August 25, 2021 hearing on the United States' default motion. *See* ECF No. 28. This is the first request for an adjournment of this hearing. I request the adjournment because I will be out of the office on vacation that week, and respectfully request that the hearing be rescheduled for a date after my return, on or after August 30, 2021. In the event the Court reschedules the hearing, the United States will serve defendants with notice of the new hearing date.

We thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: s/ Natasha W. Teleanu
NATASHA W. TELEANU
Assistant United States Attorney
Telephone  212-637-2528
Facsimile   212-637-2786
E-mail:     natasha.teleanu@usdoj.gov

cc: Christina Jonathan, Esq. (via email)
   Berkman, Henoch, Peterson, Peddy & Fenchel, P.C.
   100 Garden City Plaza
   Garden City, NY 11530
   (516) 222-6200
   Email: c.jonathan@bhpp.com