UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                 v.<br><br>JUEDRA SUPERETTE, INC.; and EDWARD HOLGUIN,<br><br>                              Defendants. | 18 Civ. 11188 (LJL)<br><br>**DEFAULT JUDGMENT** |

  This action having been commenced on November 30, 2018, by the filing of a complaint and issuance of a summons; defendant Juedra Superette, Inc., having been served on February 11, 2019, by serving the New York Secretary of State; defendant Edward Holguin having been served on December 31, 2018, by serving his co-tenant; Juedra Superette, Inc., and Edward Holguin (collectively, the "Defendants") not having answered or made any motion with respect to the complaint; the time for Defendants to answer or make any motion with respect to the complaint having expired; the Clerk of this Court having duly entered certification of default; and sufficient proof having been adduced that neither of the Defendants is in the military of the United States or an infant or incompetent person,

  AND the Defendants having received notice of the September 1, 2021 hearing on the motion for default judgment of plaintiff United States of America (the "plaintiff" or "United States") and having failed to appear or respond,

  NOW on the application of Audrey Strauss, United States Attorney for the Southern District of New York, attorney for the United States, it is hereby

  ORDERED AND ADJUDGED, that as of August 17, 2021, there is due and owing to the plaintiff from Juedra Superette, Inc., a total amount of $316,982.80; and it is further

ORDERED AND ADJUDGED, that as of October 2, 2020, there is due and owing to the plaintiff from Edward Holguin a total amount of $79,895.34; and it is further

ORDERED AND ADJUDGED, that the amounts owed to plaintiff by the Defendants are hereby reduced to judgment; and it is further

ORDERED AND ADJUDGED, that the Clerk of this Court is directed to enter judgment and to close the case.

Dated:   September 1, 2021
       New York, New York

**SO ORDERED**:

_____
HONORABLE LEWIS J. LIMAN
United States District Judge

Judgment entered this 1st day of September, 2021